[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

JUL 23 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RENE AMIGON #K64388

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

c/o JOHN DOE

_____

1:25-cv-08474
Judge Franklin U. Valderrama
Magistrate Judge Gabriel A. Fuentes
RANDOM / Cat. 3
PC 4

Case No: _____
(To be supplied by the <u>Clerk of this Court</u>)

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

✓  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A.    Name: Rene Amigon

    B.    List all aliases: _____

    C.    Prisoner identification number: K64388

    D.    Place of present confinement: Sheridan Correctional Center

    E.    Address: 4017 East 2603 Road, Sheridan, Illinois 60551

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: John Doe

          Title: Correction Officer

          Place of Employment: Sheridan Correctional Center

    B.    Defendant: _____

          Title: _____

          Place of Employment: _____

    C.    Defendant: _____

          Title: _____

          Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: N/A

    B. Approximate date of filing lawsuit: N/A

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases:

    D. List all defendants: N/A

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

    F. Name of judge to whom case was assigned:

    G. Basic claim made: N/A

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

    I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

3

IV. Statement of Claim:

1. Plaintiff was at all times relevant to this action incarcerated at Sheridan Correctional Center.

2. During said incarceration, Plaintiff has been denied restroom access and forced to hold his bodily funcition for hours at his visit within the prison.

3. From such deprivation of the restroom during his visit led to Plaintiff being hospitalized for months and Plaintiff had filed a grievance relating to the issue without sucess.

4. For examply, Defendant John Doe denied Plaintiff access to the restroom on October 29, 2024, at Sheridan Correctional Center. Plaintiff on a visit with family from Mexico had request to use the restroom from John Doe and was denied.

5. Plaintiff was told by John Doe either hold his bodily funcition or terminate his visit. Plaintiff by orders of John Doe held his bodily function "urine" as long as he could before terminating his visit with his family. Who had travel a great distant just to visit him, only to be cut short because of John Doe deprivation of the Plaintiff access to the restroom during their visiting hours. Which normally is about 4 hours.

6. In short, Plaintiff had to endure denial of the visit room restroom that was inadequate and inhumane, and the Defendant John Doe was aware of the inadequate and unconstitutional condition at Sheridan Correctional Center.

7. Because of John Doe denial Plaintiff was confined to the visiting room for hours with no meaningful ability to relieve himself of his bodily funcition with restroom access, Which lead to Plaintiff after his family visit being hospitalized for months with a bladder infection from holding his urine.

8. As a direct and proximate result of the denial of visiting room restroom policy, Plaintiff has suffered physical harm caused by his lack of access to the restroom, and he has also suffered emotional harm as a result of being denied access to the restroom and hospitalize for such deprivation.

9. The adverse denial conditions of the Plaintiff access to the restroom during his visiting hours have been constitutionally inadequate under the law and the Defendant John Doe, individually or collectly, subjected Plaintiff to the serious deprivation of basic human rights.

10. The Defendant was aware of the denial conditions at the visiting room within Sheridan Correctional Center and was deliberately indifferent to the constitutional violation suffered by Plaintiff.

11. The Defendant had condoned, authorized and tolerated the unconstitutional denial of the restroom at Sheridan Correctional Center.

12. The inaction of the Defendant in response to the visit room restroom denial at Sheridan Correctional Center were carried out in accordance with general policy and practice.

13. Plaintiff has suffered a violation of his constitutional rights under

5

Eighth Amendment of the United States Constitution that prohibits "Cruel and unusual punish," by visiting room John Doe.

14. Defendant have at all times acted in his official capacity and under color of state law.

15. As a result of Defendant John Doe unconstitutional policy and practice, Plaintiff has suffered physical and emotional harm.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A. Enter judgment in favor of Plaintiff and against Defendants;
B. Award Plaintiff compensatory and punitive damages against Defendants;
C. Enter an Order, upon proper motion, requiring the Defendant to provide proper access to the restroom during visiting hours and adequate living conditions for in custody residing at Sheridan Correctional Center; and
D. Grant to Plaintiff such other relief as may be just and proper under the circumstances.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 15 day of July, 20 25

Rene Amigon
(Signature of plaintiff or plaintiffs)

Rene Amigo
(Print name)

K 64388
(I.D. Number)

Sheridan Correctional Center, 4017 East 2603 Road,
Sheridan, Illinois 60551
(Address)

Exhibit

Grievance

Received SHERIDAN C.C.
NOV 28 2023
Sheridan Correctional Center
Clinical Services

Received
DEC 19 2023
Sheridan Correctional Center
Clinical Services

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Individual in Custody Grievance**

Individual in Custody (please print): RENE AMIGON   ID: K-64388

Present Facility: SHERIDAN C.C.    Facility where grievance issue occurred: SHERIDAN C.C.

Nature of grievance:
- [ ] Personal Property
- [ ] Mail Handling
- [X] Medical Treatment
- [ ] ADA Disability Accommodation
- [X] Staff Conduct
- [ ] Dietary
- [ ] HIPAA
- [ ] Restoration of Sentence Credit
- [ ] Other
- [ ] Disciplinary Report

**Summary of Grievance:**

ON tHE ABOVE DAY OCTOBER 29, 2023 WHEN tHIS ISSUE HAPPEN IN tHE VISITING ROOM WITH C/O I RENE AMIGON K-64388 I WAS ON A VISIT WITH MY PARENTS tHAT CAME ALL tHE WAY FROM MEXICO TO VISIT ME. I WAS DENIED TO USE tHE WASH ROOM AND FORCE TO RESTRAIN MY URINE UNLESS I TERMINATED MY VISIT I WAS FORCE TO HOLD MY URINE FOR AS LONG AS I COULD UNTIL I COULD NOT ANYMORE. I HAD TO TERMINATED MY VISIT At 1:00pm OCtOBER 29, 2023. tHIS IS "INHUMANE" GRIEVANTS CONStItUtIONAL RIGHtS WERE VIOLATED "CRUEL" AND "UNUSUAL PUNISHMENT" TO tHE 8th AMENDMENt →→

**Relief Requested:**

FOR tHE VISITING ROOM AUtHORIty TO DEVISE NEW RULES FOR tHE WASH ROOM TO BE ALLOW TO USE AND GRIEVANT TO USE tHE REStROOM AS NEEDED. GRIEVANT TO BE COMPENSATED FOR HIS DAMAGES OF HIS VIOLATION $10,000. IN COMPENSATORY DAMAGES $10,000. IN PUNITIVE DAMAGES AND $200. FOR EACHDAY CAUSED BY tHE DELIBERATE INDIFFERENCE IN PAIN AND SUFFERING GRIEVANT HAD TO ENDURE.

[X] Check if this is NOT an emergency grievance.

Signature: Rene Amigon   ID: K-64388   Date: 11-22-23

**Counselor's Response:**

Per Sgt. N. Price all visits grievant must use bathroom prior to visits.

Ryan Morrissey CCII   DEC 04 2023

SHERIDAN C.C. 5/20/...     C-3 A-04

ILLINOIS DEPARTMENT OF CORRECTIONS
Individual in Custody's Grievance

To the U.S.C.A. and Ill. Const. (1970) Art 1 §2 and 14th Amendment to the U.S.C.A 14th Amendment "Due Process" and "Equal Protection" Clauses. When Grievant was on a visit, Grievant access to the wash room was denied unless Grievant terminated his visit. Grievant has a dire medical issue that has kept on being ignored. Now Grievants parents come from a long (very long) distance to visit. This is not hard to figure out. Grievant does not go on visits every week. This is an arbitrary rule thats causing problems for every body at Sheridan C.C. I been in all maximum security prisons and allow to use the wash room during visits and thats maximum security prisons. Now I'm in a medium security prison were we should be allow to use the wash room with out a problem because its a medium security prison and not a maximum prison. This is an arbitrary rule. In the process Grievant Rights are violated where he is required to hold his urine. The staff can re-strip search Grievant before using the wash room. I.D.O.C. should be in the business of building relation ships not destroying them. In the process of holding the urine has caused a deliberate indifference where Grievant has a "Bladder Infection" from restrain in his urine and is currently in the hospital further exasperating his health and schooling (currently enrolled in "Lewis University"). All because of some arbitrary and capricious subjective rule.

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE**

### Grievance Officer's Report

Date Received: **November 28, 2023**  Date of Review: **April 1, 2024**  Grievance #: **11282306**

Individual in Custody Name: **Amigon, Rene**  ID#: **K64388**

Nature of Grievance: **Staff Conduct**

**Facts Reviewed:** Grievant claims on 10/29/23 while on visit with parents was denied access to the bathroom. Claims to have had to cut visit short in order to use the restroom. Claims parents came up from Mexico for visit and was unable to complete full visit

**Relief Requested:** For the visiting room authority to devise new rules for the wash room to be allow to use and grievant to use the restroom as needed. Grievant to be compensated for his damages of his violation $10,000.00 in compensatory damages $10,000.00 in punitive damages and &200.00 for each day caused by the deliberate indifference in pain and suffering grievant had to undure

**Counselors Response:** Per Sgt N. Price grievant must use bathroom prior to visit

**Grievance Officers Response:** Rules are posted in the buildings, in orientation manuals and in the CVR. Individuals must remain seated the entire time. No bathroom breaks.

**Recommendation:** BASED UPON A TOTAL REVIEW OF ALL INFORMATION, IT IS THE RECOMMENDATION OF THIS GRIEVANCE OFFICER THAT THE GRIEVANCE BE MOOT.

Jacob Stark CCII
Print Grievance Officer's Name                Grievance Officer's Signature
(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

Date Received: **APR 01 2024**   ☒ I concur   ☐ I do not concur   ☐ Remand

Action Taken: SHERIDAN CORRE... WARDENS ...

Chief Administrative Officer's Signature       4-1-24

### Individual in Custody's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Rene Amigon         K-64388        4.23.24
Individual in Custody's Signature    ID#         Date

Distribution: Master File; Individual in Custody     Page 1     DOC 0047 (Rev. 9/2022)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Payment

Posting Document # _____  Date __April 22, 2024__

Individual in
Custody Name _____ ID# __K-64588__ Housing Unit __A-44__

Pay to __To Sheridan C.C.__

Address __4017 East 2603 Road__

City, State, Zip __Sheridan, IL 60551__

The sum of _____ dollars and _____ cents charged to my trust fund
account, for the purpose of __Privileged Mail Appealing Grievance 11282506 to ARB__

☑ I hereby authorize payment of postage for the attached mail.  ☐ I hereby request information on electronic
funds transfers to be placed in the attached mail.

Individual in Custody Signature __Keni Amigon__  ID# __K-64885__

Witness Signature _____

☑ Approved  ☐ Not Approved   Chief Administrative Officer Signature __K O'Brien__

Postage applied in the amount of _____ dollars and __61__ cents.

4/8

Distribution: Business Office, Individual in Custody, Mail Room

*Printed on Recycled Paper*

DOC 0296 (Rev. 8/2021)

IN THE
<u>United States District Court</u>
<u>for the Northern District of Illinois</u>

<u>Rene Amigon</u>

Plaintiff

v. Case No: _____

<u>John Doe</u>

Defendant

## PROOF/CERTIFICATE OF SERVICE

TO: <u>U.S. District Court</u>       TO: _____
<u>Northern District of Illinois</u>      _____
<u>219 South Dearborn Street</u>        _____
<u>Chicago, IL 60604</u>            _____

TO: _____                TO: _____
_____                   _____
_____                   _____
_____                   _____

PLEASE TAKE NOTICE that on <u>July 17</u>, 20<u>25</u>, I have placed the documents listed below in the institutional mail at <u>Sheridan</u> Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

<u>1 copy of civil complaint</u>

Pursuant to 28 USC 1746, 18 USC 1621 or 735ilcs 5/1-109, I declare, under the penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: <u>7-15-2025</u>        /s/ <u>Rene Amigon</u>

NAME <u>Rene Amigon</u>

IDOC# <u>K64388</u>

Rene Amison #K64388
Sheridan Correctional Center
4417 East 2603 Road
Sheridan, Illinois 60551

Legal Mail

RECEIVED
JUL 23 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

FROM IDOC
INDIVIDUAL IN CUSTODY

FIRST-CLASS

07/23/2025-9



US POSTAGE $ 002.44
ZIP 60551
0008037861 JUL 16 2025